# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:16-cv-03401-KES                                      Date: June 23, 2017

Title:   SHANNAN K. IRISH v. NANCY A. BERRYHILL

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **Order re: Defendant's Notice of Non-Receipt (Dkt. 23.)**

On June 16, 2017, Defendant filed a Notice of Non-Receipt of Plaintiff's Initial Portion of Joint Submission Statement." (Dkt. 23.) Defendant states that Plaintiff's counsel has missed the deadline to send his portion of the Joint Submission after receiving two extensions of time to do so. (Id. at 2.)

**On or before July 14, 2017**, Plaintiff's counsel is ordered to show cause why this case should not be dismissed for lack of prosecution.

Initials of Deputy Clerk JD